**E-filed 7/20/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ERIC ROGERS,** | C 06-7232 JF (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **K. MENDOZA POWERS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including, September 21, 2007, to file an answer to order to show cause.

Dated: 7/20/07

_____
The Honorable Jeremy Fogel
United States District Judge

Order
*Eric Rogers v. K. Mendoza Powers, Warden*
Case No. C 06-7232 JF (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Eric Rogers v. K. Mendoza Powers, Warden*          No.:  **C 06-7232 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 18, 2007</u>, I served the attached:

> **1. MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE;**
> **2. DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; and **3. ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Eric Rogers
P-74107
Avenal State Prison
P.O. Box 9
Avenal, CA 93205

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 18, 2007, at San Francisco, California.

|          J. Espinosa          |         /s/ J. Espinosa         |
|:-----------------------------:|:-------------------------------:|
|           Declarant           |            Signature            |

20096372.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Eric Rogers v. K. Mendoza Powers, Warden*         No.:  **C 06-7232 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 18, 2007</u>, I served the attached:

**1.  MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE ANSWER TO ORDER TO SHOW CAUSE;
2.  DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION
FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO
ORDER TO SHOW CAUSE**; and **3.  ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Eric Rogers
P-74107
Avenal State Prison
P.O. Box 9
Avenal, CA 93205

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 18, 2007, at San Francisco, California.

|                J. Espinosa                 |         /s/ J. Espinosa         |
|:-------------------------------------------:|:-------------------------------:|
|                 Declarant                   |            Signature            |

20096372.wpd